# Zimmer Law Office, PLLC

120 E. Washington Street - Suite 815
Syracuse, New York 13202
Phone: (315) 422-9909
Fax: (315) 422-9911*
*E-mail: kmz@kimzimmerlaw.com
*not for service of process

September 12, 2025

**VIA ECF**

Honorable Therese Wiley Dancks,
United States Magistrate Judge
Federal Building and United States Courthouse
100 South Clinton Street
Syracuse, New York 13261

Re: **United States v. Gregorio Baldemar Ramirez-Perez;
Case No. 5:25-mj-00272 (TWD)**

Dear Judge Dancks:

As you know, I represent Mr. Ramirez-Perez in the above-captioned matter. I conferred with Mr. Ramirez-Perez today and explained his right to a preliminary hearing. After that discussion, Mr. Ramirez-Perez decided to waive his right to a preliminary hearing in this matter.

Thank you.

Very truly yours,

ZIMMER LAW OFFICE, PLLC

Kimberly M. Zimmer

KMZ/kac

cc: Assistant United States Attorney Michael Perry, via email